IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,                )<br>                                                          )<br>          Plaintiff/Respondent,       )<br>                                                          )<br>vs.                                                      )<br>                                                          )<br>Alvaro Reyes-Ramirez,                  )<br>                                                          )<br>          Defendant/Movant.           )<br>_____) | No. CR 03-734-PHX-ROS<br>      CV 04-2037-PHX-ROS (LOA)<br><br>**ORDER** |

On September 27, 2004, Movant Alvaro Reyes-Ramirez filed a Motion to Vacate or Set Aside Sentence. (Doc. 19) On September 19, 2005, Magistrate Judge Lawrence O. Anderson issued a Report and Recommendation ("R&R") recommending that the Motion be denied. (Doc. 44) Movant filed "objections" to the R&R. (Doc. 45) For the following reasons, the Court will adopt the R&R and deny the Motion.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). It is "clear that the district judge must review the magistrate judge's findings and recommendations *de novo if objection is made*, but not otherwise." United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*) (emphasis in original); Schmidt v. Johnstone, 263 F. Supp. 2d 1219, 1126 (D. Ariz. 2003) ("Following Reyna-Tapia, this Court concludes that *de novo* review of factual and legal issues is required if objections are made, 'but not otherwise.'"). District

1  courts are not required to conduct "any review at all . . . of any issue that is not the subject
2  of an objection." Thomas v. Arn, 474 U.S. 140, 149 (1985).

3      Movant raised three claims in his Motion to Vacate: ineffective assistance of counsel,
4  violation of his Sixth Amendment rights, and denial of his right to due process during his
5  deportation. (Doc. 19) After extensive analysis, Magistrate Judge Anderson found that each
6  of these claims failed. Movant filed "objections" to the Magistrate Judge's conclusions. The
7  "objections," however, consisted merely of a recital of certain facts already accepted by the
8  Magistrate Judge. (Doc. 45) Movant presented no objections questioning the Magistrate
9  Judge's legal or factual basis for concluding he was not entitled to relief. Without valid
10 objections, this Court need not conduct *de novo* review of the R&R.

11     Accordingly,

12     **IT IS ORDERED** the Report and Recommendation (Doc. 44) is **ADOPTED** and the
13 Motion to Vacate (Doc. 19) is **DENIED WITH PREJUDICE**.

15     DATED this 8th day of January, 2007.

19     Roslyn O. Silver
    United States District Judge